# United States District Court

Eastern District of Wisconsin

DIONNY L. REYNOLDS,

        Plaintiff,

    v.

DAVID A. CLARKE,

        Defendant.

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER**: 06-CV-72

[X]    **Decision by Court**. This action came for consideration before the Court.

    IT IS ORDERED AND ADJUDGED
    this action is **dismissed.**

Jon W. Sanfilippo, Clerk of Court
EASTERN DISTRICT OF WISCONSIN

Date   April 17, 2007         (By) Deputy Clerk, s/C. Quinn

Approved this 17th day of April, 2007.

s/AARON E. GOODSTEIN
United States Magistrate Judge